**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Victor CERVANTES, a.k.a. Tripps,**
**Defendant–Appellant.**

No. 17–50183

United States Court of Appeals,
Ninth Circuit.

Submitted November 15, 2017 *

Filed November 17, 2017

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Andrew Richard Haden, Assistant U.S., Christopher Seth Askins, Assistant U.S., Helen H. Hong, Assistant U.S., Nicole Ries Fox, Assistant U.S., Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Victor Cervantes, Adelanto, CA, pro se.

Before: CANBY, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Victor Cervantes appeals from the district court's judgment and challenges the 120–month sentence imposed following his guilty-plea conviction for conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Cervantes's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Cervantes the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Cervantes waived his right to appeal his sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

Before: CANBY, TROTT, and GRABER, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.